IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **TONY CURTIS BROACH,** | : |
| Plaintiff, | : |
| vs. | :    CIVIL ACTION 04-00017-CG-B |
| **BOB RILEY, et al.,** | : |
| Defendants. | : |

## JUDGMENT

It accordance with the court's order adopting the report and recommendation of the Magistrate and granting defendants' motion for summary judgment, it is **ORDERED, ADJUDGED**, and **DECREED** that plaintiff's claims against the defendants are hereby **DISMISSED WITH PREJUDICE**.

**DONE and ORDERED** this 25th day of March, 2009**.**

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE